UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

JON ROSATO, et al.

      Plaintiffs,

     -against-

City of New York,

      Defendant.

---------------------------------------------------------X

19 Civ. 10559 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order, dated December 6, 2019, sets the initial conference for January 21, 2020, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 7).  The Order requires that parties file a joint letter and a Proposed Civil Case Management Plan and Scheduling Order ("CMP"), by January 14, 2020;

  WHEREAS, the parties have not timely filed the joint letter or CMP.  It is hereby

  **ORDERED** that, by **January 17, 2020, at 3:00 P.M.**, the parties shall file the joint letter and proposed CMP. Continuing failure to comply with Court Orders and the Individual Rules may result in sanctions.

Dated: January 15, 2020
   New York, New York

          **LORNA G. SCHOFIELD**
          **UNITED STATES DISTRICT JUDGE**