UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROSATO, et al.

                         Plaintiffs

            -against-

CITY OF NEW YORK

                    Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

19 Civ. 10559 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 27, 2020 (Dkt. No. 16);

WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either. It is hereby

**ORDERED** that the February 27, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. The parties are reminded to comply with the Court's Individual Rules regarding the submission of pre-motion letters.

Dated: February 25, 2020
      New York, New York

                                   **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**