UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JON ROSATO, on behalf of himself and    :
similarly situated individuals,         :           19 Civ. 10559 (LGS)
                                        :
                Plaintiff               :           ORDER
                                        :
       -against-                        :
                                        :
THE CITY OF NEW YORK,                   :
                                        :
                Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Order, dated September 22, 2020, terminated Plaintiff's counsel and directed Plaintiff to enter an appearance through counsel or via the Southern District of New York's Pro Se Intake Unit by October 22, 2020 (Dkt. No. 39).

    WHEREAS Plaintiff has not entered an appearance in this case. It is hereby

    **ORDERED** that, no later than **November 6, 2020**, (i) new counsel for Plaintiff, if any, shall enter an appearance in this matter; (ii) Plaintiff shall submit a letter to the Southern District of New York's Pro Se Intake Unit[1] stating that he intends to proceed *pro se* without an attorney; or (iii) Plaintiff shall submit a letter to the Pro Se Intake Unit asking for an extension of time to retain new counsel. If none of these occurs, the case will be dismissed for failure to prosecute. It is further

    **ORDERED** that by **October 30, 2020**, Defendant shall serve a copy of this Order on Plaintiff and file proof of service.

Dated: New York, New York
       October 23, 2020

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Instructions for contacting the Pro Se Intake Unit are available at: https://www.nysd.uscourts.gov/prose.